# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 1997

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C. App. 4, 101-[11])

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Johnson, Inge P. | United States District Court for the Northern District of Alabama | September 2, 1998 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge Nominee | X Nomination, Date 8-31-98<br>___ Initial ___ Annual ___ Final | January 1, 1997 to August 31, 1998 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Colbert County Courthouse<br>201 N. Main Street<br>Tuscumbia, AL 35674 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Secretary | Helen Keller Property Board |
| Board of Directors | Alabama Law School Foundation<br>University of Alabama |
| First Vice-President | Alabama Circuit Judges Association |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| | Judicial Retirement Fund, Retirement Systems of Alabama, 75% of the salary of an active circuit judge at any time. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1996 | State of Alabama (salary) | $78,800 |
| 1996 | Colbert County, Alabama (salary) | $18,125 |
| 1997 | State of Alabama (salary) | $78,636 |
| 1997 | Colbert County, Alabama (salary) | $18,125 |
| 1998 | State of Alabama (salary) | $52,200 |
| 1998 | Colbert County, Alabama (salary) | $12,083 |

6. Husband's employer: William Tipton Johnson, Jr.
   self, Attorney at Law

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Johnson, Inge P. | Date of report<br>9-2-98 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-30 of Instructions.)*

| SOURCE | DESCRIPTION |
|--------|-------------|
| □ NONE (No such reportable reimbursements.) EXEMPT | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. GIFTS. *(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| □ NONE (No such reportable gifts.) EXEMPT | | |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; indicate, where applicable, person responsible for liability by using the parentheticals "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|----------|-------------|-------------|
| □ NONE (No reportable liabilities.) | | |
| Colonial Bank (S) | Mortgage on Office Building | I |
| Colonial Bank (S) | Unsecured Business Loan | J |
| 4 | | |
| 5 | | |
| 6 | | |

O-$50,001-$1,000,000   P-$1,000,001-$5,000,000   P2-$5,000,001-$25,000,000
T2-$15,000,001-$50,000,000   P4-$50,000,001 or more

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Johnson, Inge P. | Date of Report<br>9-2-98 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(includes those of spouse and dependent children. See pp. 34-54 of instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting spouse, "(S)" for separate ownership by reporting spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| [ ] NONE (No reportable income, assets, or transactions.) | | | | | | | | | EXEMPT |
| Intergrahp Corp. common (S) IRA | | None | J | T | | | | | |
| Rental Property (Farm)(J) Tuscumbia, AL | A | Rent | N | W | | | | | |
| Rental Property (Office)(J) Tuscumbia, AL | E | Rent | L | W | | | | | |
| Rental Property (Building)(J) Tuscumbia, AL (J) | C | Rent | M | W | | | | | |
| Rental Property (Lot)(J) | | None | K | W | | | | | |
| PEBSCO * Montgomery, AL | | None | K | T | | | | | |
| *Public Employees Benefit Service Corporation | | | | | | | | | |
| State of Alabama Employees Deferred Compensation Plan Investments under this plan include Nationwide Life Fixed Annuity, | | | | | | | | | |
| Nationwide Life Variable Annuity, AmSouth Bank NA AmSouth Savings Account, ITT Life Insurance Company Term Life, or Commonwealth Life Insurance Universalife Plus Plan. | | | | | | | | | |
| PEBSCO * (Same as above) Montgomery, AL | E | Dividends | | | | | | | |
| (See VIII) | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,000-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000  P2=$25,000,001-$25,000,000.
Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Johnson, Inge P. | Date of Report<br>9-2-98 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Explanation of VII  11.

Public Employees Benefit Services Corporation of Alabama (PEBSCO)
503 Coliseum Boulevard, Ste. D
Montgomery, Alabama  36109-1218

On February 18, 1998 I withdrew $16,520.00 from this account.  There remains a
balance of $36,430.00.  This is my State Employee's Deferred Compensation Plan.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____      Date September 2, 1998

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Digitized by Google